# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00432-CV

**Martha Seward Oestreich, Appellant**

**v.**

**Ronald David Seward, Appellee**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT
### NO. 12,048, HONORABLE V. MURRAY JORDAN, JUDGE PRESIDING

Appellant Martha Seward Oestreich filed her notice of appeal on July 31, 2001, and the record was filed by January 23, 2002.  Appellant=s brief was originally due to be filed by February 22, 2002.  We extended the deadline for filing appellant=s brief to April 25, 2002.  To date, appellant has not filed her brief.  We therefore dismiss the appeal for want of prosecution.  Tex. R. App. P. 42.3(b).

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed:   August 8, 2002

Do Not Publish